UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JOHN F. BYRD, on behalf of himself and others similarly situated | Civil Action No. 3:09-cv-00052 |
| Plaintiff, | District Judge William R. Wilson, Jr. |
| versus | |
| LABOR READY CENTRAL, INC. | Mag. Judge Jerry W. Cavaneau |
| Defendant. | |

## JUDGMENT OF DISMISSAL

Considering the Parties' Joint Motion to Dismiss;

IT IS HEREBY ORDERED that the Parties' motion is granted;

IT IS HEREBY FURTHER ORDERED that the above-captioned matter is hereby dismissed with prejudice.

Jonesboro, Arkansas, this 20th day of October, 2010.

_____
HONORABLE WILLIAM R. WILSON, JR.
UNITED STATES DISTRICT JUDGE